UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> Daniel Edward Alvarado ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08 CR 2061-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Alberto Ruiz-Ramirez

DATED: 6/24/08

_____
Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
Vicky Lee